Ethel Giblett, Respondent, *v.* Lindley M. Garrison, as Receiver of the Brooklyn Heights Railroad Company, Appellant.

*Negligence — carriers — railroads — when street railway company liable for injury to passenger from act of fellow-passenger.*

*Giblett* v. *Garrison*, 196 App. Div. 953, affirmed.

(Argued January 18, 1922; decided February 3, 1922.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 21, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while a passenger upon one of defendant's cars was struck

in the eye by a straw hat thrown by a fellow-passenger and as a result thereof lost the sight of one eye. There. was evidence that the man who threw the hat had been quarreling with others and that the conductor made no effort to quell the disturbance.

*Harold L. Warner* and *George D. Yeomans* for appellant.
*John F. O'Neil* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: HOGAN, J.